| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Jeremiah J Wilks** <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–8799 <br> EIN:  __–_____ | |
| Debtor 2: <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  __–_____ | |
| United States Bankruptcy Court:  Eastern District of Virginia | Date case filed for chapter:  7  11/9/23 | |
| Case number:  **23–11840–KHK** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jeremiah J Wilks | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 13678 Bent Tree Circle, Apt. 101 <br> Centreville, VA 20121 | | |
| 4. | **Debtor's attorney** <br> Name and address | Robert D. Moreton <br> Moreton & Edrington, PLC <br> 297 Herndon Parkway <br> Suite 203 <br> Herndon, VA 20170 | | Contact phone (703) 437–7305 <br> Email: rdm@melawva.com |
| 5. | **Bankruptcy trustee** <br> Name and address | H. Jason Gold <br> H. Jason Gold, Trustee <br> P.O. Box 57359 <br> Washington, DC 20037 | | Contact phone 804–223–2031 <br> Email: <br> goldtrustee@fiduciaryservicesgroup.com |

**For more information, see page 2 >**

Debtor  **Jeremiah J Wilks**                                                                                            Case number **23–11840–KHK**

| **6.** | **Bankruptcy clerk's office** | 200 South Washington Street Alexandria, VA 22314 | **For the Court:** |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. Contact phone 703–258–1200 | Clerk of the Bankruptcy Court: William C. Redden  Date: November 13, 2023 |
| | **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | | |

| **7.** | **Meeting of creditors** | **December 6, 2023 at 10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 774 319 1984, and Passcode 7299037886, or call 1(571) 832–1846** |
| | | For additional meeting information go to: www.justice.gov/ust/moc | |

| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| **9.** | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:  February 5, 2024** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **10.** | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

For more information, see page 3 >

Debtor  **Jeremiah J Wilks**                                                            Case number **23–11840–KHK**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 23-11840-KHK

Jeremiah J Wilks                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                            User:                                         Page 1 of 3

Date Rcvd: Nov 13, 2023                         Form ID: 309A                                 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremiah J Wilks, 13678 Bent Tree Circle, Apt. 101, Centreville, VA 20121-4561 |
| 16274595 | | 0047 Life Storage, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16274597 | | American Express, 13678 Bent Tree Circle, Apt 101P.O. Box 981535, El Paso, TX 79998 |
| 16274598 | + | Bent Tree Apartments, 13630 Bent Tree Circle, CENTREVILLE, VA 20121-4500 |
| 16274601 | + | County of Fairfax, P.O. Box 10202, Fairfax, VA 22035-0202 |
| 16274607 | | First Electronic Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 16274616 | + | MWT Productions, 1108 EAST MAIN ST STE 906 #1589, Richmond, VA 23219-3534 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rdm@melawva.com | Nov 14 2023 04:56:00 | Robert D. Moreton, Moreton & Edrington, PLC, 297 Herndon Parkway, Suite 203, Herndon, VA 20170 |
| tr | + | EDI: FHJGOLD.COM | Nov 14 2023 09:50:00 | H. Jason Gold, H. Jason Gold, Trustee, P.O. Box 57359, Washington, DC 20037-0359 |
| 16274596 | | EDI: LCIICSYSTEM | Nov 14 2023 09:50:00 | AES, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16274599 | | EDI: CAPITALONE.COM | Nov 14 2023 09:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16274600 | | EDI: CAPITALONE.COM | Nov 14 2023 09:50:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16274602 | | Email/Text: electronicbkydocs@nelnet.net | Nov 14 2023 04:57:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 16274603 | | EDI: DISCOVER.COM | Nov 14 2023 09:50:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16274604 | | EDI: DISCOVER.COM | Nov 14 2023 09:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 16274609 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 14 2023 04:56:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 16274608 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 14 2023 04:56:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 16274610 | | EDI: LCIICSYSTEM | Nov 14 2023 09:50:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16274613 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 05:05:38 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16274614 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2023 04:57:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 16274615 | | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | Nov 14 2023 04:57:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16274618 | EDI: NFCU.COM | | |
| | | Nov 14 2023 09:50:00 | Navy Federal Cr Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 16274617 | EDI: NFCU.COM | | |
| | | Nov 14 2023 09:50:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 16274620 | EDI: AGFINANCE.COM | | |
| | | Nov 14 2023 09:50:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 16274619 | EDI: AGFINANCE.COM | | |
| | | Nov 14 2023 09:50:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 16274621 | + EDI: RMSC.COM | | |
| | | Nov 14 2023 09:50:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16274622 | EDI: RMSC.COM | | |
| | | Nov 14 2023 09:50:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16276402 | + Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | | |
| | | Nov 14 2023 04:56:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 16274605 | | First Bank Trust |
| 16274606 | | Greenville, SC 29602 |
| 16274612 | | Greenville, SC 29602 |
| 16274611 | | Lvnv Funding LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Robert D. Moreton | on behalf of Debtor Jeremiah J Wilks rdm@melawva.com |

admin@melawva.com;moretonrr47492@notify.bestcase.com;moreton.robertb131872@notify.bestcase.com

TOTAL: 3